836

No. —. SNOW *v.* JOHNSTON, WARDEN. May 21, 1945. The motion for leave to file petition for writ of certiorari is denied.

No. —. HOUSE *v.* MAYO, STATE PRISON CUSTODIAN. May 21, 1945. The application for bail and for other relief is denied.

No. 9, original. ILLINOIS *v.* INDIANA ET AL. May 21, 1945. The motion for leave to file the amended bill of complaint is granted and process is ordered to issue returnable on or before August 1, next. The answers heretofore filed to the original bill may stand as answers to the amended bill if the parties filing them are so advised.

No. 1253. DAVIS *v.* UNITED STATES. May 21, 1945. The application for bail is denied.

No. 85. CENTRAL STATES ELECTRIC CO. *v.* CITY OF MUSCATINE ET AL. May 21, 1945. Ordered that the mandate be recalled and that the judgment and mandate of this court be amended so as to provide that the costs of Central States Electric Company be paid from the $25,708.54 which was separated from the fund paid into the Circuit Court of Appeals for the Seventh Circuit by the Natural Gas Pipeline Company of America, rather than by the City of Muscatine, Iowa.

No. 431. UNITED STATES *v.* BEUTTAS ET AL., TRADING AS B–W CONSTRUCTION CO. May 21, 1945. Order entered amending opinion. The judgment will be amended accordingly.